# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **PHILLIP REECE,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | 5:02-CV-462 (WDO) |
| : | |
| **BOBBY ARP, et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment as unopposed. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and the Defendants' motion for summary judgment is GRANTED.

SO ORDERED this 1st day of December, 2005.


        S/Wilbur D. Owens, Jr.
        **WILBUR D. OWENS, JR.**
        **UNITED STATES DISTRICT JUDGE**